## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO GIRON,<br><br>Plaintiff,<br><br>vs.<br><br>CHIME FINANCIAL, INC.,<br><br>Defendant. | Case No. 2:25-cv-00883-CKD<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND CHIME FINANCIAL, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**ORDER**

This matter coming before the Court on the Parties' Stipulation to Extend Chime Financial, Inc.'s Time to Respond to Plaintiff's Complaint ("Stipulation"), by and between Defendant Chime Financial, Inc. ("Chime") and Plaintiff Adolfo Giron. The Court being advised in the premises, and for good cause appearing, IT IS HEREBY ORDERED that:

(1) The Stipulation is granted;

(2) Chime shall have up to and including May 7, 2025, to file its response to Plaintiff's Complaint.

Dated:  04/15/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, giro.0883.25