# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ADOLFO GIRON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHIME FINANCIAL, INC.,<br><br>　　　　Defendant. | Case No. 2:25-CV-00883-CKD<br><br>**STIPULATION FOR PARTIES TO ARBITRATE DISPUTE AND TO STAY ACTION PENDING ARBITRATION** |

## **ORDER**

This matter coming before the Court on the parties' Stipulation to Arbitrate Dispute and to Stay Action Pending Arbitration, the Court being advised in the premises, and for good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation to proceed in arbitration is granted;
2. The matter is stayed pending completion of the arbitration;
3. The parties shall file a joint status report in 180 days and every 180 days thereafter advising the Court on the status of arbitration proceedings.

Dated: May 15, 2025　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE