**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADOLFO GIRON,** | **Case No.:** 2:25-cv-00883-CKD |
| Plaintiff, | **ORDER** |
| v. | **HON. DANIEL J. CALABRETTA** |
| **CHIME FINANCIAL, INC.** | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant CHIME FINANCIAL, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  May 5, 2026        /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

---

CASE NO.: 2:25-cv-00883-CKD                              *Giron v. Chime Financial, Inc.*

ORDER